UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY THOMAS,

        Petitioner,

    v.

ROBERT AYERS, JR., Warden,

        Respondent.

No. C 08-2106 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a plea-bargained conviction obtained in the Superior Court in and for San Bernardino County. San Bernardino County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at San Quentin State Prison, which is in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because petitioner was convicted in San Bernardino County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of the transfer, petitioner may disregard the clerk's notice regarding his in forma pauperis application.

**IT IS SO ORDERED.**

Dated: April 29, 2008.

                              PHYLLIS J. HAMILTON
                              United States District Judge

G:\PRO-SE\PJH\HC.08\THOMAS2106.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT AYERS JR,<br><br>        Respondent.<br>_____/ | Case Number: CV08-02106 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Thomas P-32531
San Quentin State Prison
2-N-10L
San Quentin, CA 94974

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk