**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 30, 2008

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: **CV 08-2106 PJH (PR) Thomas v. Ayers**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

X    Please access the electronic case file for additional pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-02106-PJH
#### Internal Use Only

Thomas v. Ayers  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/22/2007  
Date Terminated: 04/29/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Jeffrey Thomas**  represented by  **Jeffrey Thomas**  
P-32531  
San Quentin State Prison  
2-N-10L  
San Quentin, CA 94974  
PRO SE

V.

**Respondent**

**Robert Ayers, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed byJeffrey Thomas. (far, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/28/2008) |
| 04/22/2008 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/28/2008) |
| 04/22/2008 | 2 | Prisoner Trust Fund Account Statement by Jeffrey Thomas. (far, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/28/2008) |
| 04/28/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 4/28/2008) (Entered: 04/28/2008) |
| 04/29/2008 | 4 | ORDER OF TRANSFER. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 4/29/2008) (Entered: 04/29/2008) |
| 04/30/2008 | 5 | CLERK'S LETTER to the USDC Central District of California re transfer of case. (far, COURT STAFF) (Filed on 4/30/2008) (Entered: 04/30/2008) |