**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED
08 MAY -8 PM 4: 53
CLERK, U.S. DISTRICT
NORTHERN DISTRICT

April 30, 2008

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

EDCV08-606 SVW (VBK)

E-filing

RE: **CV 08-2106 PJH (PR) Thomas v. Ayers**

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  ☐   Certified copy of docket entries.

  ☐   Certified copy of Transferral Order.

  ☐   Original case file documents.

  X   Please access the electronic case file for additional pleadings you may need.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk

      *Felicia Reloba*

      by: Felicia Reloba
      Case Systems Administrator

Enclosures
Copies to counsel of record

5/5/08
S. Szabo